IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No.: 3:03CV296
MDL Docket No.: 3:03CV1516

| | |
|---|---|
| AVONDALE MILLS, INC.,<br><br>          **Plaintiff,**<br><br>v.<br><br>NAN YA PLASTICS CORPORATION, AMERICA<br>ROBERT BRADLEY DUTTON;<br>WELLMAN, INC.;<br>DAVID WHITLEY; JOHN HOBSON;<br>ARTEVA SPECIALTIES, S.A.R.L.;<br>ARTEVA SERVICES, S.A.R.L.;<br>TROY F. STANLEY, SR.; EDUARDO ROCHA; TOM<br>NIXON; FRANK H. TRAMMELL, JR.; KENNETH<br>LYNN HARDIN; KOCH INDUSTRIES INC.;<br>HOECHST CELANESE CORPORATION;<br>HOECHST AKTIENGESELLSCHAFT; CELANESE<br>AKTIENGESELLSCHAFT; CELANESE AMERICAS<br>CORPORATION; DAK FIBERS LLC;<br>DAK AMERICAS LLC; and<br>E.I. DUPONT DE NEMOURS AND COMPANY,<br><br>          **Defendants.** | **ORDER DISMISSING<br>DEFENDANT WELLMAN,<br>INC. WITH PREJUDICE** |

    For good cause shown, the above-captioned action is dismissed against Wellman, Inc. only, with prejudice and with each party to bear its own costs. This Order does not hereby dismiss any other claims or parties.

This 8th day of July, 2005.

_____
The Honorable Richard L. Voorhees