# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| IN RE POLYESTER STAPLE ANTITRUST LITIGATION | MDL DOCKET NO: 3:03CV1516<br>*Civil Docket No.: 3:03CV296* |
| AVONDALE MILLS, INC.,<br>　　　　Plaintiff,<br><br>vs.<br><br>WELLMAN, INC., et al.,<br>　　　　Defendants. | |

**THIS MATTER** comes before the Court on the joint motion of Plaintiff Avondale Mills, Incorporated ("Avondale"), and Defendants John Hobson and David Whitley to dismiss these individual Defendants with prejudice. (*MDL Individual Action No.: 3:03CV296*)  Avondale does not seek to dismiss any other claims or parties.

**IT IS HEREBY ORDERED** that the parties' joint motion is **GRANTED**. Accordingly, Defendants John Hobson and David Whitley are both **DISMISSED WITH PREJUDICE**. Pursuant to the parties' agreement, each party is to bear its own costs.

**Signed: October 11, 2005**

Richard L. Voorhees
United States District Judge