IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No.: 3:03CV296
MDL Docket No.: 3:03CV1516

| | |
|---|---|
| AVONDALE MILLS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARTEVA SPECIALTIES, S.A.R.L.;<br>ARTEVA SERVICES, S.A.R.L.;<br>TROY F. STANLEY, SR.; EDUARDO ROCHA; TOM NIXON; FRANK H. TRAMMELL, JR.; KENNETH LYNN HARDIN; KOCH INDUSTRIES, INC.; HOECHST CELANESE CORPORATION; HOECHST AKTIENGESELLSCHAFT; CELANESE AKTIENGESELLSCHAFT; AND CELANESE AMERICAS CORPORATION,<br><br>Defendants. | ORDER DISMISSING DEFENDANTS KOCH INDUSTRIES, INC.; ARTEVA SPECIALTIES, S.A.R.L.; ARTEVA SERVICES S.A.R.L.; TROY F. STANLEY, SR.; TOM NIXON; FRANK H. TRAMMELL, JR.; and KENNETH LYNN HARDIN WITH PREJUDICE |

For good cause shown, the above-captioned action is dismissed against Koch Industries, Inc., Arteva Specialties, S.à.r.l. (now named INVISTA S.à.r.l.), Arteva Services S.à.r.l., Troy F. Stanley, Sr., Tom Nixon, Frank H. Trammell, Jr., and Kenneth Lynn Hardin only, with prejudice and with each party to bear its own costs. This Order does not hereby dismiss any other claims or parties.

This 2nd day of FEB., 2006.

*Richard L. Voorhees*
Richard L. Voorhees
U.S. District Judge

808007.1                                           9