IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: POLYESTER STAPLE ANTITRUST LITIGATION | MDL DOCKET NO: 3:03-CV-1516 |
|---|---|
| AVONDALE MILLS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>NAN YA PLASTICS CORPORATION, AMERICA, et al.<br><br>Defendants. | WDNC DOCKET NO.: 3:03-CV-296-V |

**ORDER DISMISSING DEFENDANTS HOECHST CELANESE CORPORATION, CELANESE AKTIENGESELLSCHAFT, HOECHST AKTIENGESELLSCHAFT AND CELANESE AMERCAS CORPORATION WITH PREJUDICE**

For good cause shown, the above-captioned action is dismissed with prejudice against all named defendants, Hoechst Celanese Corporation (later known as HNA Holdings, Inc. and now known as CNA Holdings, Inc.), Celanese Aktiengesellschaft (now known as Celanese GmbH), Hoechst Aktiengesellschaft (now known as Hoechst GmbH) and Celanese Americas Corporation (f/k/a Hoechst Corporation), and with each party to bear its own fees and costs.

This 12th day of June, 2008.

The Honorable Richard L. Voorhees